THE PEOPLE OF THE STATE OF NEW YORK ex rel. PATRICK F. RYAN, Relator, v. ARTHUR WOODS, as Police Commissioner of the City of New York, Respondent.— Determination confirmed and writ annulled, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concurred.

HENRIETTA SCHINZEL, Respondent, v. R. F. STEVENS MILK COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Kelly and Jaycox, JJ.

ELBERT P. SMITH and STANLEY P. SMITH, Respondents, v. SUSAN WALTER, Appellant, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concurred.

ADA WATERMAN, Respondent, v. ALEXANDER RIGBY, Appellant, Impleaded with Others.— Judgment of the County Court of Kings county affirmed by default, with costs. Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concurred.

CECELIA WILKINS, as Administratrix, etc., of LAWRENCE WILKINS, Deceased, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Kelly and Jaycox, JJ.

ADOLPH DOSCHER, Respondent, v. MITCHELL ROSENZWEIG and Another, Appellants, and Another, Defendant. JAMES J. KLEIN, Respondent, v. MITCHELL ROSENZWEIG and Another, Appellants, and Another, Defendant. GRANT J. KUNZE and Another, Respondents, v. MITCHELL ROSENZWEIG and Another, Appellants, and Another, Defendant.— Defendants' motions to open the dismissal of their appeals by default granted, in each case, upon condition that within five days defendants pay to plaintiffs the twenty dollars motion costs already incurred and twenty dollars costs of this motion, making forty dollars costs in each action, and be ready for argument Friday, January thirty-first, next, at ten A. M., for which time these causes are peremptorily set down. Otherwise, said motions will be severally denied, with ten dollars costs. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM W. COLNE, Relator, v. ALFRED E. SMITH, President of the Board of Aldermen, and Others, Respondents.— This court being without jurisdiction to entertain the certiorari, under section 2132 of the Code of Civil Procedure, directs that the order and writ be amended so as to be returnable in the county of New York. Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concurred. Order to be settled on notice before Mr. Justice Putnam.